TIMOTHY COURCHAINE
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Eduardo Silva,<br><br>Defendant. | CR 25-01890-TUC-RCC (MSA)<br><br>**UNITED STATES' RESPONSE TO DEFENDANT'S EDARDO [*sic*] SILVA MOTION TO SUPPRESS STATEMENTS (FIFTH AMENDMENT – MIRANDA VIOLATIONS)**<br><br>**(Doc. 69)** |

The United States through undersigned counsel hereby respectfully responds in opposition to the defendant's Edardo [sic] Silva Motion to Suppress Statements (Fifth Amendment – Miranda Violations). (Doc. 69.) This Court should deny the motion.

## **INTRODUCTION**

The defendant was indicted on April 16, 2025, and turned himself in to the U.S. Marshals on April 23, 2025. (Docs. 1 and 17.) Accordingly, the defendant was not interviewed by the agents in this case. If the defendant is claiming he was interviewed by deputy Marshals, the government would request the defendant provide that information to the United States. As no such interview cited by the defendant occurred, at least as far as the government was aware, this motion is moot, absent further information from the defendant, and should be denied.

**<u>CONCLUSION</u>**

For the foregoing reasons, the Court should deny the defendant's Edardo [sic] Silva Motion to Suppress Statements (Fifth Amendment – Miranda Violations).  (Doc. 69.)

Respectfully submitted this 18th day of February, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*/s/ Adam D. Rossi*
ADAM D. ROSSI
Assistant U.S. Attorney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 18, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Richard S. Madril, Esq., *Counsel for Defendant*

*/s/ Adam D. Rossi*
U.S. Attorney's Office