TIMOTHY COURCHAINE
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Eduardo Silva,<br>Defendant. | CR 25-01890-TUC-RCC (MSA)<br><br>**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE ATF "STRAW PURCHASE" OPINION TESTIMONY**<br><br>**(Doc. 86)** |

The United States through undersigned counsel hereby respectfully responds in opposition to the defendant's Motion in Limine to Exclude ATF "Straw Purchase" Opinion Testimony. (Doc. 86.) This Court should grant the motion in part, and dismiss the motion in part.

**INTRODUCTION**

The defendant's basis for excluding any Bureau of Alcohol, Tobacco, and Explosives (ATF) agent, or other law enforcement witnesses, from opining as to whether the defendant's actions constitute a "straw purchase" is well founded. However, the United States can and will seek the ability to present what, exactly, a "straw purchase" is via law enforcement testimony. Therefore, the government petitions the Court to grant the motion in part, and deny the motion in part, to preserve the United States' lawful ability to present testimony on what a "straw purchase" is, but not if the defendant committed one.

## **FACTS AND PROCEDURAL BACKGROUND**

The United States hereby incorporates the factual background from its Response to the defendant's Motion to Dismiss for Failure to Plead Materiality with Factual Particularity (Fed R. Crim. P. 12(b)(3)(B)(v)) (Doc. 71), for the purpose of this response.

## **ARGUMENT**

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the United States may file a notice of intent that it may call expert witnesses in this case, as to what a straw purchase is, generally why it is important, etc. Fed. R. Evid. 702; *see Abramski v. United States*, 573 U.S. 169, 193 (2014) ("No piece of information is more important under federal firearms law than the identity of a gun's purchaser—the person who acquires a gun as a result of a transaction with a licensed dealer."); *see also United States v. Hankey*, 203 F.3d 1160, 1169 (9th Cir. 2000) ("[R]eliability depends heavily on the knowledge and experience of the expert, rather than the methodology or theory behind it."). This evidence may also be admissible under lay opinion testimony as it would be "rationally based on the witness's perception," "helpful to clearly understanding the witness's testimony," and "not based on scientific, technical, or other specialized knowledge within the scope of Rule 702." Fed. R. Evid. 701. Simply describing what a term means would not necessarily implicate either rule, and would reasonably be factual testimony based on the testifying agent's training and experience. *See* Fed. R. Evid. 104(e). Accordingly, under any of the above theories, simply describing what the term "straw purchase" or "purchaser" means would be proper testimony, and should be permitted. Therefore, the United States requests the Court to narrowly tailor a ruling that would prohibit opinion testimony as to whether the agent believes the defendant to be a "straw purchaser" or he committed a "straw purchase," but permit testimony as to what those terms mean.

/ / /

**CONCLUSION**

For the foregoing reasons, the Court should deny in part and grant in part the defendant's Motion in Limine to Exclude ATF "Straw Purchase" Opinion Testimony. (Doc. 86.)

Respectfully submitted this 6th day of March, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*/s/ Adam D. Rossi*
ADAM D. ROSSI
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on 6th day of March, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Richard S. Madril, Esq., *Counsel for Defendant*

*/s/ Adam D. Rossi*
U.S. Attorney's Office