TIMOTHY COURCHAINE
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff


FILED

2026 MAR 18 PM 4: 16

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1. Eduardo Silva,<br>(Counts 1-32),<br><br>2. Rafael Silva-Fregoso,<br>(Counts 33-38)<br><br>3. Roberto Rodriguez-Mora,<br>(Counts 39-42)<br><br>Defendants. | No. CR 25-01890-01-TUC-RCC (MSA)<br><br>**SUPERSEDING INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>(Material False Statement During the Purchase of a Firearm)<br>Counts 1-16, 33-35, and 39-40<br><br>18 U.S.C. §§ 924(a)(1)(A) and 924(a)(1)<br>(False Statement During the Purchase of a Firearm)<br>Counts 17-32, 36-38, and 41-42<br><br>18 U.S.C. § 924(d);<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES**:

## COUNTS 1-16

On or about the dates listed below, in the District of Arizona, the defendant, EDUARDO SILVA, in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses listed below, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in

that the defendant, in connection with the purchase of each of the firearms below, stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual:

| Count | Date | Business | Firearms |
|---|---|---|---|
| 1 | 12/02/2023 | Murphy's Guns | One (1) Umarex model HK416D, .22 caliber rifle |
| 2 | 01/24/2024 | Turner's Outdoorsman | One (1) Smith and Wesson model M&P 22, .22 caliber pistol, and one (1) Walther model WMP, .22 caliber pistol |
| 3 | 01/25/2024 | Diamondback Shooting Sports | One (1) Mossberg model 600AT, 12-gauge shotgun |
| 4 | 01/27/2024 | Elite Guns and Ammo | One (1) Smith and Wesson model M&P 22, .22 caliber pistol |
| 5 | 02/15/2024 | Sportsman's Warehouse | One (1) Keltec CNC Industries model PMR-30, .22 caliber pistol |
| 6 | 02/24/2024 | Elite Guns and Ammo | One (1) Colt model Government (1911), .38 caliber pistol, one (1) Walther/ Colt model Government (1911), .22 caliber pistol, and one (1) CZ model CZ 600 ST2, .308 caliber rifle |
| 7 | 05/17/2024 | Quick Trip Pawn | One (1) Marlin Firearms Co. model Glenfield 60, .22 caliber rifle |
| 8 | 07/02/2024 | Elite Guns and Ammo | One (1) Ruger model 10/22, .22 caliber rifle |
| 9 | 10/26/2024 | Sportsman's Warehouse | One (1) Smith and Wesson model M&P 22 Magnum, .22 caliber pistol |

| | | | |
|---|---|---|---|
| 10 | 11/14/2024 | Quick Trip Pawn | One (1) Beretta model 80X Cheetah, .380 caliber pistol |
| 11 | 11/21/2024 | Quick Trip Pawn | One (1) Remington Arms model 870 Express Magnum, 12-gauge shotgun |
| 12 | 11/29/2024 | Quick Trip Pawn | One (1) Winchester model 290, .22 caliber rifle |
| 13 | 11/29/2024 | Catalina Pawn | One (1) Armscor model M1911-A1 FS, .38 super caliber pistol |
| 14 | 11/30/2024 | Sportsman's Warehouse | One (1) Istanbul Arms model Winchester SXP, 12-gauge shotgun |
| 15 | 12/02/2024 | Zona Tactical | One (1) Ruger model 10/22, .22 caliber rifle |
| 16 | 12/02/2024 | Catalina Pawn | One (1) Sig Sauer model P322, .22 caliber pistol, and one (1) Ruger model 10/22, .22 caliber rifle |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNTS 17-32**

On or about the dates listed below, in the District of Arizona, the defendant, EDUARDO SILVA, knowingly made a false statement and representation to the businesses listed below, licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each of the businesses listed below, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in connection with the purchase of a firearm, stating that he resided at an address in Globe, Arizona, whereas in truth and fact, the defendant knew that he resided at a different address:

| Count | Date | Business | Firearms |
|---|---|---|---|
| 17 | 12/02/2023 | Murphy's Guns | One (1) Umarex model HK416D, .22 caliber rifle |
| 18 | 01/24/2024 | Turner's Outdoorsman | One (1) Smith and Wesson model M&P 22, .22 caliber pistol, and one (1) Walther model WMP, .22 caliber pistol |
| 19 | 01/25/2024 | Diamondback Shooting Sports | One (1) Mossberg model 600AT, 12-gauge shotgun |
| 20 | 01/27/2024 | Elite Guns and Ammo | One (1) Smith and Wesson model M&P 22, .22 caliber pistol |
| 21 | 02/15/2024 | Sportsman's Warehouse | One (1) Keltec CNC Industries model PMR-30, .22 caliber pistol |
| 22 | 02/24/2024 | Elite Guns and Ammo | One (1) Colt model Government (1911), .38 caliber pistol, one (1) Walther/ Colt model Government (1911), .22 caliber pistol, and one (1) CZ model CZ 600 ST2, .308 caliber rifle |
| 23 | 05/17/2024 | Quick Trip Pawn | One (1) Marlin Firearms Co. model Glenfield 60, .22 caliber rifle |
| 24 | 07/02/2024 | Elite Guns and Ammo | One (1) Ruger model 10/22, .22 caliber rifle |
| 25 | 10/26/2024 | Sportsman's Warehouse | One (1) Smith and Wesson model M&P 22 Magnum, .22 caliber pistol |
| 26 | 11/14/2024 | Quick Trip Pawn | One (1) Beretta model 80X Cheetah, .380 caliber pistol |
| 27 | 11/21/2024 | Quick Trip Pawn | One (1) Remington Arms model 870 Express Magnum, 12-gauge shotgun |

| Count | Date | Business | Firearms |
|---|---|---|---|
| 28 | 11/29/2024 | Quick Trip Pawn | One (1) Winchester model 290, .22 caliber rifle |
| 29 | 11/29/2024 | Catalina Pawn | One (1) Armscor model M1911-A1 FS, .38 super caliber pistol |
| 30 | 11/30/2024 | Sportsman's Warehouse | One (1) Istanbul Arms model Winchester SXP, 12-gauge shotgun |
| 31 | 12/02/2024 | Zona Tactical | One (1) Ruger model 10/22, .22 caliber rifle |
| 32 | 12/02/2024 | Catalina Pawn | One (1) Sig Sauer model P322, .22 caliber pistol, and one (1) Ruger model 10/22, .22 caliber rifle |

All in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 924(a)(1).

### COUNTS 33-35

On or about the dates listed below, in the District of Arizona, the defendant, RAFAEL SILVA-FREGOSO, in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses listed below, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that the defendant, in connection with the purchase of each of the firearms below, stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual:

| Count | Date | Business | Firearms |
|---|---|---|---|
| 33 | 03/29/2024 | Catalina Pawn | One (1) Ruger model 01103, .22 caliber rifle |

| Count | Date | Business | Firearms |
|---|---|---|---|
| 34 | 11/02/2024 | Sportsman's Warehouse | One (1) Ruger model 10/22, .22 caliber rifle |
| 35 | 11/02/2024 | Sportsman's Warehouse | One (1) Beretta model 80X Cheetah, .380 caliber pistol |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNTS 36-38

On or about the dates listed below, in the District of Arizona, the defendant, RAFAEL SILVA-FREGOSO, knowingly made a false statement and representation to the businesses listed below, licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each of the businesses listed below, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in connection with the purchase of a firearm, stating that he resided at an address in Globe, Arizona, whereas in truth and fact, the defendant knew that he resided at a different address:

| Count | Date | Business | Firearms |
|---|---|---|---|
| 36 | 03/29/2024 | Catalina Pawn | One (1) Ruger model 01103, .22 caliber rifle |
| 37 | 11/02/2024 | Sportsman's Warehouse | One (1) Ruger model 10/22, .22 caliber rifle |
| 38 | 11/02/2024 | Sportsman's Warehouse | One (1) Beretta model 80X Cheetah, .380 caliber pistol |

All in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 924(a)(1).

## COUNTS 39-40

On or about the dates listed below, in the District of Arizona, the defendant, ROBERTO RODRIGUEZ-MORA, in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses listed below, which

were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that the defendant, in connection with the purchase of each of the firearms below, stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual:

| Count | Date | Business | Firearms |
|---|---|---|---|
| 39 | 05/11/2024 | Turner's Outdoorsman | One (1) HS Produkt model Hellcat Pro, 9mm caliber pistol |
| 40 | 05/11/2024 | Turner's Outdoorsman | One (1) Ruger model AR-556, 5.56 caliber rifle |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNTS 41-42

On or about the dates listed below, in the District of Arizona, the defendant, ROBERTO RODRIGUEZ-MORA, knowingly made a false statement and representation to the businesses listed below, licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each of the businesses listed below, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in connection with the purchase of a firearm, stating that he resided at an address in Globe, Arizona, whereas in truth and fact, the defendant knew that he resided at a different address:

| Count | Date | Business | Firearms |
|---|---|---|---|
| 41 | 05/11/2024 | Turner's Outdoorsman | One (1) HS Produkt model Hellcat Pro, 9mm caliber pistol |
| 42 | 05/11/2024 | Turner's Outdoorsman | One (1) Ruger model AR-556, 5.56 caliber rifle |

All in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 924(a)(1).

## **FORFEITURE ALLEGATION**

Upon conviction of Counts 1 through 42 of the Indictment, the defendants, EDUARDO SILVA, RAFAEL SILVA-FREGOSO, and ROBERTO RODRIGUEZ-MORA, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

| Line # | Asset Description | Serial Number |
|---|---|---|
| 1 | One (1) Umarex model HK416D, .22 caliber rifle | HB042106 |
| 2 | One (1) Smith and Wesson model M&P 22, .22 caliber pistol | PJW3582 |
| 3 | One (1) Walther model WMP, .22 caliber pistol | WT023404 |
| 4 | One (1) Mossberg model 600AT, 12-gauge shotgun | G850133 |
| 5 | One (1) Smith and Wesson model M&P 22, .22 caliber pistol | PJZ5531 |
| 6 | One (1) Keltec CNC Industries model PMR-30, .22 caliber pistol | WYNX61 |
| 7 | One (1) Colt model Government, .38 caliber pistol | GV036211 |
| 8 | One (1) Walther model Colt Government, .22 caliber pistol | WD096261 |
| 9 | One (1) CZ model CZ 600 ST2, .308 caliber rifle | H173169 |
| 10 | One (1) Marlin Firearms Co. model Glenfield 60, .22 caliber rifle | 26386863 |
| 11 | One (1) Ruger model 10/22, .22 caliber rifle | R75-36216 |
| 12 | One (1) Smith and Wesson model M&P 22 Magnum, .22 caliber pistol | PKK1135 |
| 13 | One (1) Beretta model 80X Cheetah, .380 caliber pistol | Y031490X |

| | | | |
|---|---|---|---|
| | 14 | One (1) Remington Arms model 870 Express Magnum, 12-gauge shotgun | A994034M |
| | 15 | One (1) Winchester model 290, .22 caliber rifle | 557014 |
| | 16 | One (1) Istanbul Arms model Winchester SXP, 12-gauge shotgun | TR6024-009087SP |
| | 17 | One (1) Ruger model 10/22, .22 caliber rifle | R75-35192 |
| | 18 | One (1) Ruger model 10/22, .22 caliber rifle | 0012-55958 |
| | 19 | One (1) Armscor model M1911-A1 FS, .38 caliber pistol | RIA2362077 |
| | 20 | One (1) Sig Saur model P322, .22 caliber pistol | 73A168837 |
| | 21 | One (1) Ruger model 01103, .22 caliber rifle | 0024-69054 |
| | 22 | One (1) Ruger model 10/22, .22 caliber rifle | R75-76708 |
| | 23 | One (1) Beretta model 80X Cheetah, .380 caliber pistol | Y030099X |
| | 24 | One (1) HS Produkt model Hellcat Pro, 9mm caliber pistol | BE216097 |
| | 25 | One (1) Ruger model AR-556, 5.56 caliber rifle | 1851-47758 |

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

///

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: March 18, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
ADAM D. ROSSI
Assistant U.S. Attorney

*United States of America v. Eduardo Silva, et al.*
*Superseding Indictment Page 10 of 10*